1  Ruby Lieberman, Cal. State Bar Number 154304
   Law Office of Ruby Lieberman
2  369 Pine St. #725
   San Francisco, CA 94104
3  Tel. (415)362-5158
   Fax (415) 693-9411
4
   Attorney for Plaintiff
5  Wasiq Mahmood Bokhari

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8
                           OAKLAND DIVISION
9

10  Wasiq Mahmood Bokhari              )    **Civil No.  C06-03194 SBA**
                                       )
11          Plaintiff / Petitioner     )
                                       )
12       v.                            )    **STIPULATION OF DISMISSAL;**
                                       )    **[ ORDER**
13  DEPARTMENT OF HOMELAND             )
    SECURITY, Michael Chertoff, Secretary; )
14  US ATTORNEY GENERAL, Alberto       )    **U.S. Case No.: A75 973 175**
    Gonzales; FEDERAL BUREAU OF        )
15  INVESTIGATION, Robert Mueller,     )
    Director; US CITIZENSHIP AND       )
16  IMMIGRATION SERVICES, Emilio T.    )
    Gonzalez, Director; US CITIZENSHIP )
17  AND IMMIGRATION SERVICES,          )
    Alfonso Aguilar, Chief of Office of)
18  Citizenship; US CITIZENSHIP AND    )
    IMMIGRATION SERVICES, David        )
19  Still, District Director, San Francisco )
    District.                          )
20                                     )
            Defendants.                )
21  _____)

22
        Subject to approval of the Court, the parties hereby stipulate as follows:
23
        1.   Pursuant to Fed. R. Civ. P. 41 (a)(1), based on the Defendants representation that
24           this case will be approved upon the Mandamus Action within thirty (30) days of
             the dismissal of this case, Plaintiff hereby dismisses this action without prejudice.
25
        2.   The parties will bear their own fees and costs.
26

27
    STIPULATION OF DISMISSAL
28  Case no. C-06-03194 SBA

1  Dated: June 30, 2006				Respectfully submitted,

2

3						 /s/
						Ruby Lieberman[1]
4						Attorney for Plaintiff

5

6  Dated: June 30, 2006				 /s/
						Ila Deiss
7						Assistant U.S. Attorney
						Attorney for Defendants
8

---

[1] I, Ruby Lieberman, attest that both I and Ila Deiss, Assistant United States Attorney, have signed this stipulation and will provide the original upon request.

STIPULATION OF DISMISSAL
Case no. C-06-03194 SBA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED. This case is hereby dismissed without prejudice. The clerk shall close the file.

Dated: 7/5/06

*Saundra B Armstrong*
Saundra B. Armstrong
United States District Judge

STIPULATION OF DISMISSAL
Case no. C-06-03194 SBA